1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES BROOKS,

11         Petitioner,                    No. CIV S-06-2614 FCD EFB P

12         vs.

13   ROBERT A. HOREL, Acting Warden,
     et al.,

14
           Respondents.                   ORDER
15
     _____/
16

17         Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28

18   U.S.C. § 2254.  On December 26, 2006, petitioner requested an extension of time to pay the

19   $5.00 filing fee or file an application to proceed *in forma pauperis* pursuant to the court's order

20   filed November 22, 2006.  *See* Fed. R. Civ. P. 6(b).

21         Good cause appearing, it is ORDERED that petitioner's December 26, 2006, request is

22   granted and petitioner has 30 days from the date this order to pay the $5.00 filing fee or file an

23   application to proceed *in forma pauperis*.

24   Dated:  January 8, 2007.

25

26                                    _____
                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE