UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES H. BROOKS,                        )
                                          )   NO. CV-06-2614 RHW JPH
                                          )
                 Petitioner,              )
                                          )   ORDER DENYING MOTION FOR
      v.                                  )   LEAVE TO FILE SUPPLEMENTAL
                                          )   BRIEFING AND GRANTING
                                          )   TEMPORARY STAY
D. K. SISTO, et. al,                      )   **(Ct Rec. 16)**
                                          )
                                          )
                 Respondent.     )

On December 30, 2008, petitioner filed a motion requesting leave to file supplemental briefing.  (Ct. Rec. 16.) The court has considered the motion and cases cited.  Respondent has not filed a response.

The court finds the petitioner has not established the need for supplemental briefing in order to determine the issues presented on habeas review, but a stay of proceedings is appropriate in the interests of judicial economy.

**IT IS ORDERED**:

1.  The petitioner's motion for leave to file supplemental briefing is **denied (Ct Rec. 16)**.

2. Petitioner's request within the motion **(Ct. Rec. 16)** for a stay of proceedings pending the Ninth Circuit's en banc review in *Hayward v. Marshall*, 512 F. 3d 536 (2008), *rehearing ordered*, 527 F. 3d 797 (2008), is **granted** until further order of the court.

DATED this 22nd day of January, 2009.

s/ James P. Hutton
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION FOR LEAVE TO FILE ADDITIONAL
BRIEFING AND GRANTING MOTION FOR STAY
OF HABEAS PROCEEDINGS - 1

PDF created with pdfFactory trial version www.pdffactory.com