```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF CALIFORNIA
 3   CHARLES H. BROOKS,              )
                                     )   NO. CV-06-2614 RHW JPH
 4                                   )
                   Petitioner,       )   REPORT AND RECOMMENDATION
 5                                   )   TO GRANT MOTION TO
          v.                         )   DISMISS PETITION AS
 6                                   )   MOOT AND TERMINATE TEMPORARY
                                     )   STAY
 7   D. K. SISTO, et. al,            )
                                     )
 8                                   )
                   Respondent.       )
```

BEFORE THE COURT is Respondent's May 21, 2009, motion to dismiss the petition as moot because Mr. Brooks was released on parole on May 7, 2007. (Ct. Rec. 20 at 1-2.) The court has considered the motion and cited authority. Respondent has not filed a response.

The court finds the petition is moot because Mr. Brooks has been granted the relief requested in his petition. He was released on parole on May 7, 2009. Accordingly,

For the reasons stated above, **IT IS RECOMMENDED,** the motion to dismiss (Ct. Rec. 20) be **GRANTED**; the temporary stay (Ct. Rec. 19) be **TERMINATED**, and the Petition for Writ of Habeas Corpus (Ct. Rec. 1) be **DENIED** as moot.

**OBJECTIONS**

Any party may object to the magistrate judge's proposed findings, recommendations or report within ten (10) days following service with a copy thereof. Such party shall file with the Clerk of the Court all written objections, specifically identifying the portions to which objection is being made, and the basis therefor. Attention is directed to Fed. R. Civ. P. 6(e), which adds another three (3) days from the date of mailing if service is by mail. A

REPORT AND RECOMMENDATION - 1

district judge will make a de novo determination of those portions to which objection is made and may accept, reject, or modify the magistrate judge's determination. The district judge need not conduct a new hearing or hear arguments and may consider the magistrate judge's record and make an independent determination thereon.  The district judge may also receive further evidence or recommit the matter to the magistrate judge with instructions. See 28 U.S.C. § 636 (b)(1)(CC), and Fed. R. Civ. P. 73.  A magistrate judge's recommendation cannot be appealed to a court of appeals; only the district judge's order or judgment can be appealed.

The District Court Executive SHALL FILE this report and recommendation and serve copies of it on the referring judge and the parties.

DATED this 27th day of May, 2009.

s/ James P. Hutton<br>JAMES P. HUTTON<br>UNITED STATES MAGISTRATE JUDGE

REPORT AND RECOMMENDATION - 2